1
2
3
4
5
6
7
8
9
10
11
12

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| 15 | SANDRA L. BURNS, an individual, ) | CASE NO. 3:11-cv-00001-LRH-VPC |
| 16 | Plaintiff, ) ) | HON. LARRY R. HICKS |
| 17 | vs. ) | |
| 18 | OCWEN SERVICING, an unknown corporate ) entity; DOES 1-25, ) | ORDER TO EXPUNGE LIS PENDENS |
| 19 | | |
| 20 | Defendants. ) | |

Defendant OCWEN LOAN SERVICING, LLC filed and served a Motion to Dismiss and Expunge Lis Pendens on January 10, 2011 to which Plaintiff filed an Opposition and Defendant

1

filed its reply. Plaintiff alleges that a lis pendens was recorded at paragraph 8 of the Complaint's Prayer.

The Court having considered the papers submitted in connection with the Motion, its own files, matters for which judicial notice was requested and/or proper, and good cause appearing, GRANTED the Motion by Order dated April 27, 2011. Defendant was requested to file an appropriate order expunging the lis pendens for signature. Good cause appearing herein,

**IT IS THEREFORE ORDERED** that any notice of pendency or lis pendens filed and/or recorded by Plaintiff in the County Recorder's Office of Douglas County or any other County in connection with and referencing this action as to the subject real property located at 275 Cheyenne Way, Zephyr Cove, Nevada 89448, APN # 1318-15-612-017 shall be expunged in its entirety. The Court's Order may be recorded in the County Recorder's Office for this purpose.

DATED: May 16, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2